## PUBLIC FINANCE CO v ROWE, et.

Ohio Supreme Court

No 22416. Decided Jan. 21, 1931

Marshall, CJ, Jones, Day, Allen, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

## STATE ex POLOSKI v INDUST COMM

Ohio Supreme Court

No 22413. Decided Nov. 26, 1930

For full opinion see 123 Oh St 86 (Oh Bar 1-13-31).

## MILLER, et v BIEGHLER

Ohio Supreme Court

No 22332. Decided Jan. 21, 1931

Jones, Allen and Kinkade, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**